■ RICHARD L. JUDD, II, et al., Appellants, v MARC S. ODELL, Respondent. [671 NYS2d 367] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Ark, J. (*see, Matter of Fry v Village of Tarrytown*, 89 NY2d 714, 723). (Appeal from Order of Supreme Court, Monroe County, Ark, J.—Dismiss Pleading.) Present—Pine, J. P., Lawton, Hayes, Wisner and Boehm, JJ.

■ In the Matter of ROBERT B. ADAMS, an Attorney, Resignor. [— NYS2d —] —Resignation accepted and name removed from roll of attorneys (*see, Matter of Manown*, 240 AD2d 83). Present—Green, J. P., Pine, Lawton, Hayes and Wisner, JJ. (Filed Mar. 16, 1998.)

■ In the Matter of MARK L. ALEXANDER, an Attorney, Resignor. [672 NYS2d 274] —Resignation accepted and name removed from roll of attorneys (*see, Matter of Manown*, 240 AD2d 83). Present—Green, J. P., Pine, Lawton, Hayes and Wisner, JJ. (Filed Mar. 16, 1998.)

■ In the Matter of ANNE BERLIND, an Attorney, Resignor. [672 NYS2d 276] —Resignation accepted and name removed from roll of attorneys (*see, Matter of Manown*, 240 AD2d 83). Present—Green, J. P., Pine, Lawton, Hayes and Wisner, JJ. (Filed Mar. 16, 1998.)

■ In the Matter of DOROTHEA M. BONIELLO, an Attorney, Resignor. [672 NYS2d 276] —Resignation accepted and name removed from roll of attorneys (*see, Matter of Manown*, 240 AD2d 83). Present—Green, J. P., Pine, Lawton, Hayes and Wisner, JJ. (Filed Mar. 16, 1998.)